# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAMRANE JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KELLY & PICERNE, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01662-RFB-VCF<br><br>**Order**<br><br>[Docket No. 15] |

　　　　Pending before the Court is the parties' emergency stipulation to reschedule the Early Neutral Evaluation. Docket No. 15. For good cause shown, the parties' stipulation is **GRANTED**. The Early Neutral Evaluation currently set for November 30, 2021, is **CONTINUED** to **January 5, 2022, at 1:00 p.m.** Should the parties wish to supplement their confidential ENE statements, any supplement must be delivered to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on December 29, 2021**. All other requirements outlined in Docket No. 11 continue to apply.

　　　　IT IS SO ORDERED.

　　　　Dated: November 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge