Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

Michelle C. Krakora
Nevada Bar No. 8832
michelle.krakora@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.234.3925
Fax:  775.440.2376

*Attorneys for Defendant Kelly & Picerne, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CAMRANE JACKSON,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KELLY & PICERNE, INC., a Rhode Island Corporation; ROE BUSINESS ENTITIES; DOES I-X,<br><br>                    Defendants. | Case No.:  2:21-cv-01662-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Camrane Jackson ("Plaintiff") and Defendant Kelly & Picerne, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

DATED this 23rd day of February, 2022.

KEMP & KEMP

*/s/ James P. Kemp*

James P. Kemp
Nevada Bar No. 6375
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
*Attorneys for Plaintiff*

DATED this 23rd day of February, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Michelle C. Krakora*

Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

Michelle C. Krakora
Nevada Bar No. 8832
200 S. Virginia Street, 8th Floor
Reno, NV  89501

*Attorneys for Defendant*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

February 24, 2022
DATE